GRAHAM HARDEN ET AL. v. H. J. STOCKARD, SHERIFF, ET AL.

(Filed 4 January, 1939.)

APPEAL by plaintiffs from *Thompson, J.,* at June Term, 1938, of ALAMANCE.

Civil action to restrain sale under execution.

From judgment dissolving the temporary restraining order and dismissing the action, the plaintiffs appeal, assigning errors.

*John J. Henderson for plaintiffs, appellants.*

*Huger S. King for defendants Stockard and Fertilizer Works, appellees.*

PER CURIAM. The basis of the judgment is that the rights of all the parties, judgment creditor, mortgagees, and debtors, are to be determined according to what appears upon the public records of Alamance County. In this, there is no error. *Armstrong v. Price,* 203 N. C., 833, 167 S. E., 77; *Bank v. Sauls,* 183 N. C., 165, 110 S. E., 865; *Callahan v. Flack,* 205 N. C., 105, 170 S. E., 125.

Affirmed.